NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ALEARIS, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2022-1376

———————————

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00808-RHH, Senior Judge Robert H. Hodges, Jr.

———————————

**JUDGMENT**

———————————

PAUL WINTERS, Wagenmaker & Oberly, LLC, Chicago, IL, argued for plaintiff-appellant.  Also represented by BRADLEY BLOCK, Law Offices of Bradley Block, Chicago, IL; MITCHELL BRYAN, Williams, Bax & Saltzman, PC, Chicago, IL; BRUCE DE'MEDICI, de'Medici Law, Oak Park, IL.

JACOB EARL CHRISTENSEN, Appellate Section, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by STEVEN CHASIN, DAVID A. HUBBERT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2023          /s/ Peter R. Marksteiner
       Date                        Peter R. Marksteiner
                                   Clerk of Court